[No. 20043–7–I.   Division One.   October 31, 1988.]

*In the Matter of the Welfare of*
K.L.T., ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent,* v. RAE ANN TURNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–7–01137–4, Shannon Wetherall, J., entered February 9, 1987. *Affirmed* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Coleman, A.C.J., and Grosse, J.


[No. 19614–6–I.   Division One.   October 31, 1988.]

THE MUNICIPALITY OF METROPOLITAN SEATTLE, *Appellant,*
v. AMALGAMATED TRANSIT UNION DIVISION
No. 587, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–21302–3, Lloyd W. Bever, J., entered December 10, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J.; Grosse, J., and Williams, J. Pro Tem., concurring in part and dissenting in part.


[No. 8500–7–III.   Division Three.   November 1, 1988.]

DAVID K. JOHNSON, ET AL, *Appellants,* v. BOISE CASCADE,
INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Stevens County, No. 86–2–00112–1, Fred L. Stewart, J., entered February 27, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and McInturff, J. Pro Tem.